Eric GLASCOE, Petitioner—Appellant,

v.

UNITED STATES PAROLE COMMIS-
SION; The District of Columbia,
Respondents—Appellees.

No. 07–6394.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 18, 2007.

Decided: Aug. 10, 2007.

Eric Glascoe, Appellant Pro Se. Jenni-
fer A. Wright, Assistant United States At-
torney, Baltimore, Maryland, for Appellee.

Before NIEMEYER, GREGORY, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Eric Glascoe appeals the district court's
order dismissing his 42 U.S.C. § 1983
(2000) complaint without prejudice for fail-
ure to state a claim upon which relief may
be granted pursuant to 28 U.S.C. § 1915A
(2000). We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *Glascoe v. U.S. Parole
Comm'n,* No. 8:07–cv–00294–RWT (D.Md.
Feb. 22, 2007). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*